AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Margaret Shaw Thompson | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-00661-DCC |
| Andrew Saul, Acting Commissioner of Social Security Administration | ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The case is Dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.

Date: April 1, 2020

*CLERK OF COURT*

s/Chelsea Pegram-Conner
*Signature of Clerk or Deputy Clerk*